# The Supreme Court of South Carolina

Richard Bernard Moore, Brad Keith Sigmon, Freddie Eugene Owens, Mikal D. Mahdi, and Marion Bowman, Jr., Petitioners,

v.

State of South Carolina, Respondent.

Appellate Case No. 2024-001373

---

## AMENDED ORDER

---

Petitioners are death-sentenced inmates whose executions were stayed pending this Court's decision in *Owens v. Stirling*, Op. No. 28222 (S.C. Sup. Ct. filed July 31, 2024) (Howard Advance Sheet No. 29 at 18). Petitioners filed a motion to direct or stay the issuance of execution notices to a minimum interval of thirteen weeks between death notices. By order dated August 23, 2024, this Court stayed the issuance of execution notices for all eligible death-sentenced inmates, except Petitioner Freddie Eugene Owens for whom an execution notice has already been issued, pending resolution of this motion.

We deny Petitioners' specific request. We nevertheless recognize that a reasonable interval between the issuance of death notices is warranted. Accordingly, we direct the Clerk of this Court to issue death notices in a manner to ensure an interval of at least thirty-five days between notices, provided we may alter the thirty-five day interval should circumstances warrant. We direct that the order of future notices shall be determined in the same manner as Petitioner Owens, that is, by the oldest conviction that is not subject to a hold based on a pending collateral proceeding, a finding of incompetency, or otherwise. Based on this criteria, the following is the order in which subsequent notices shall be issued: (1) Richard Bernard Moore; (2) Marion Bowman, Jr.; (3) Brad Keith Sigmon; (4) Mikal D. Mahdi; (5) Steven V. Bixby.



John Kittredge _____ C.J.

John Cannon Few _____ J.

_____ J.

D. Harmon _____ J.

Letitia H. Verdin _____ J.

Columbia, South Carolina
August 30, 2024

cc:
Lindsey Sterling Vann
Joshua Snow Kendrick
Gabrielle Amber Pittman
Alan McCrory Wilson
Melody Jane Brown
Donald J. Zelenka
Gerald W. King, Jr.