IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
No. 3:24-cv-5072-JDA

| | |
|---|---|
| FREDDIE EUGENE OWENS ) | |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| ) | |
| v. ) | |
| ) | |
| BRYAN P. STIRLING, in his official capacity ) | |
| as the Director of the South Carolina Department ) | |
| of Corrections, ) | |
| ) | |
| SOUTH CAROLINA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| HENRY DARGAN McMASTER, in his official ) | |
| capacity as Governor of the State of South ) | |
| Carolina, ) | |
| ) | |
| Intervenor-Defendant. ) | |

Plaintiff Freddie Eugene Owens, an inmate sentenced to death, appeals to the United States Court of Appeals for the Fourt Circuit from the Court's denial of his motion for a preliminary injunction, entered on September 18, 2024

Respectfully submitted,

*/s/ Gabrielle Amber Pittman*
Gabrielle Amber Pittman
Deputy Chief
Capital Habeas Unit for the Fourth Circuit
G_Amber_Pittman@fd.org

David Weiss
Assistant Federal Public Defender
Capital Habeas Unit for the Fourth Circuit
David_C_Weiss@fd.org

Federal Public Defender
for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 688-6946

*/s/ Lindsey S. Vann*
Lindsey S. Vann
JUSTICE 360
900 Elmwood Avenue, Suite 200
Columbia, SC 29201
Lindsey@justice360sc.org

*/s/ Joshua Snow Kendrick*
Joshua Snow Kendrick
KENDRICK & LEONARD, P.C.
P.O. Box 6938
Greenville, SC 29606
Josh@kendrickleonard.com

COUNSEL FOR PLAINTIFFS

September 19, 2024