# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 20, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Freddie Owens
v. Bryan Stirling, Director South Carolina Department of Corrections, et al.
No. 24-5603
(Your No. 24-3)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 20, 2024 and placed on the docket September 20, 2024 as No. 24-5603.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney