FILED: October 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-3
(3:24-cv-05072-JDA)

_____

FREDDIE EUGENE OWENS

   Plaintiff - Appellant

 and

STEVEN V. BIXBY; MARION BOWMAN, JR.; MIKAL D. MAHDI; RICHARD BERNARD MOORE; BRAD KEITH SIGMON

   Plaintiffs

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

   Defendants - Appellees

and

GOVERNOR HENRY DARGAN MCMASTER

   Intervenor/Defendant – Appellee

_____

# M A N D A T E

_____

The judgment of this court, entered October 8, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*