FILED: October 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-3
(3:24-cv-05072-JDA)

_____

FREDDIE EUGENE OWENS

   Plaintiff - Appellant

 and

STEVEN V. BIXBY; MARION BOWMAN, JR.; MIKAL D. MAHDI; RICHARD BERNARD MOORE; BRAD KEITH SIGMON

   Plaintiffs

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

   Defendants - Appellees

and

GOVERNOR HENRY DARGAN MCMASTER

   Intervenor/Defendant – Appellee

## J U D G M E N T

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK