AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Steven V Bixby; Marion Bowman, Jr; Mikal D Mahdi; Richard Bernard Moore; Freddie Eugene Owens; Brad Keith Sigmon,<br>*Plaintiffs*<br>v.<br>Bryan P Stirling *in his official capacity as the Director of the South Carolina Department of Corrections*; South Carolina Department of Corrections,<br>*Defendants* | )<br>)<br>)  Civil Action No.   3:24-cv-05072-JDA<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Steven V Bixby, Marion Bowman, Jr, Mikal D Mahdi, Richard Bernard Moore, Freddie Eugene Owens, Brad Keith Sigmon, shall take nothing of the defendants, Bryan P Stirling *in his official capacity as the Director of the South Carolina Department of Corrections*, South Carolina Department of Corrections, and this action is dismissed without prejudice as to the claims brought by Plaintiff Freddie Eugene Owens, the Remaining Plaintiffs' Owens Certification Challenges and as to all claims against Defendant South Carolina Department of Corrections based on Eleventh Amendment immunity.

■ the plaintiffs, Steven V Bixby, Marion Bowman, Jr, Mikal D Mahdi, Richard Bernard Moore, Brad Keith Sigmon shall take nothing of defendants, Bryan P Stirling *in his official capacity as the Director of the South Carolina Department of Corrections*, South Carolina Department of Corrections and this action is dismissed with prejudice as to claims challenging the Shield Statute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn D. Austin, United States District Judge, presiding. The Court having granted in part the defendants' motion to dismiss.

Date:   October 31, 2024                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                s/ A. Snipes
                                                                                              _____
                                                                                              *Signature of Clerk or Deputy Clerk*