(ORDER LIST: 603 U.S.)

FRIDAY, SEPTEMBER 20, 2024

CERTIORARI DENIED

24-5603      OWENS, FREDDIE E. V. STIRLING, DIR., SC DOC, ET AL.
(24A284)

    The application for stay of execution of sentence of death presented to The Chief Justice and by him referred to the Court is denied.  The petition for a writ of certiorari is denied.

    Justice Sotomayor would grant the application for stay of execution of sentence of death.